[No. 47589-8-II. Division Two. May 16, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL LEE ROUSE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 14-1-01023-9, William C. Houser, J., entered March 20, 2015. *Affirmed in part* and *remanded* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Sutton, J.

[No. 48233-9-II. Division Two. May 16, 2017.]

WILLIAM NEWCOMER ET AL., *Respondents*, v. MICHAEL COHEN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-05136-6, Philip K. Sorensen, J., entered October 9, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson and Sutton, JJ.

[No. 48504-4-II. Division Two. May 16, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMIN LEE SCHIPPER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-03117-3, Kathryn J. Nelson, J., entered January 8, 2016. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Worswick, J.

[No. 48612-1-II. Division Two. May 16, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. PAVEL FEDOROVICH ZALOZH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-01105-2, David E. Gregerson, J., entered January 25, 2016. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson and Sutton, JJ.